## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In Re:

**PIPE CASH & CARRY, INC.**

Case No.: 10-07058 MCF

Debtor(s)

Chapter 13

## INFORMATIVE MOTION

TO THE HONORABLE COURT:

**NOW COMES** the debtor in possession, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule A, Schedule B and Schedule D.

2. The reason to amend is to include a real property that was not included and the lien holder of said property, and to include three unsecured creditors that were not originally included.

**WHEREFORE, debtor** respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the US Trustee and to all CM?ECF particiapants, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 24th day of August 2010.**

> **WANDA I. LUNA MARTINEZ**
> **PMB 389 PO BOX 194000**
> **SAN JUAN, PR 00919-4000**
> **TEL. (787) 731-4437**
> **FAX (787) 200-8837**
>
> **/S/Wanda I. Luna Martinez**
> **WANDA I. LUNA MARTINEZ**
> **USDC-PR 206307**