**B6F (Official Form 6F) (12/07)**

IN RE **PIPE CASH & CARRY INC.**     Case No. **10-07058-11**
          Debtor(s)       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **ALMACENES DIPINO** <br> **PO BOX 4322** <br> **PONCE, PR 00732-7322** | | | | | | X | **831.80** |
| ACCOUNT NO. <br> **B FERNANDEZ & HNOS INC** <br> **PO BOX 363629** <br> **SAN JUAN, PR 00936-3629** | | | | | | X | **58,056.20** |
| ACCOUNT NO. <br> **BALLESTER HNOS INC** <br> **PO BOX 364548** <br> **SAN JUAN, PR 00936** | | | | | | X | **10,299.92** |
| ACCOUNT NO. **4736** <br> **BANCO POPULAR DE PR** <br> **PO BOX 70100** <br> **SAN JUAN, PR 00936-8100** | | | **LEASE OVER FORD 450 TRUCK 2005** | | | | **20,000.00** |

    **7** continuation sheets attached                    Subtotal (Total of this page)   $ **89,187.92**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PIPE CASH & CARRY INC.** Case No. **10-07058-11**
Debtor(s) (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9001** <br> **BANCO POPULAR DE PR** <br> **PO BOX 362708** <br> **SAN JUAN, PR 00936** | | | **AMOUNT DOES NOTB REFLECT PAYMENTS MADE TO THE ACCOUNT** | | | X | **96,875.00** |
| ACCOUNT NO. <br> **BISMARCK TRAIDING CORP** <br> **PO BOX 192198** <br> **SAN JUAN, PR 00919-2198** | | | | | | X | **405.00** |
| ACCOUNT NO. **7162** <br> **BMW FINANCIAL** <br> **PO BOX 9001065** <br> **LOUISVILLE, KY 40290-1065** | | | **LEASE OVER VEHICLE BMW 2009** | | | | **50,000.00** |
| ACCOUNT NO. <br> **BORINQUEN BISCUITS CORP** <br> **PO BOX 3045** <br> **YAIUCO, PR 00698** | | | | | | X | **714.80** |
| ACCOUNT NO. **41069** <br> **BORINQUEN MACARONI CORPORATION** <br> **PO BOX 3045** <br> **YAUCO, PR 00698** | | | | | | | **815.25** |
| ACCOUNT NO. <br> **CAFE YAUCONO** <br> **PO BOX 13097** <br> **SAN JUAN, PR 00908-3097** | | | | | | X | **1,131.98** |
| ACCOUNT NO. <br> **CERAMAR** <br> **PO BOX 363902** <br> **SAN JUAN, PR 00936-3902** | | | | | | X | **387.40** |

Sheet no. **1** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **150,329.43**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PIPE CASH & CARRY INC.** Case No. **10-07058-11**
              Debtor(s)                                             (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**COCA COLA DE PR**<br>**PO BOX 51985**<br>**TOA BAJA, PR 00950-1985** | | | **AMOUNT DOES NOT REFLECT PRIOR PAYMENTS TO THE ACCOUNT** | | | X | 44,277.95 |
| ACCOUNT NO.<br>**COLOMER & SUAREZ**<br>**PO BOX 801060**<br>**PONCE, PR 00780** | | | **DEBBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 3,256.47 |
| ACCOUNT NO.<br>**COLON BROTHERS**<br>**PO BOX 363013**<br>**SAN JUAN, PR 00936-3013** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 707.50 |
| ACCOUNT NO.<br>**DADE PAPER**<br>**PO BOX 51535**<br>**TOA BAJA, PR 00950-1535** | | | **DEBTOR DOES NOT REFLECT CHARGES MADE TO THE ACCOUNT** | | | X | 1,423.72 |
| ACCOUNT NO.<br>**DESTILERIA SERRALLES**<br>**APARTADO 198**<br>**MERCEDITA, PR 00715** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES AMDE TO THIS ACCOUNT** | | | X | 14,714.19 |
| ACCOUNT NO.<br>**DISTRIBUIDORA FERDOC INC**<br>**PO BOX 194601**<br>**SAN JUAN, PR 00919-4601** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,979.30 |
| ACCOUNT NO.<br>**FERRERO CARIBE INC**<br>**PO BOX 71225**<br>**SAN JUAN, PR 00936-8725** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,704.41 |

Sheet no. __2__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **68,063.54**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PIPE CASH & CARRY INC.** Case No. **10-07058-11**
Debtor(s) (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GARIDO & CIA**<br>**PO BOX 363207**<br>**SAN JUAN, PR 00936-3207** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,202.00 |
| ACCOUNT NO.<br>**GOYA DE PR**<br>**PO BOX 1467**<br>**BAYAMON, PR 00960-1467** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 5,390.94 |
| ACCOUNT NO.<br>**HERSHEY'S COMPANY**<br>**PO BOX 10752**<br>**SAN JUAN, PR 00922-0752** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,989.77 |
| ACCOUNT NO.<br>**JOSE MALGOR**<br>**PO BOX 9021904**<br>**SAN JUAN, PR 00902-1904** | | | **DEBTOR DOES NOT AGREE WITH THE AMOUNT CLAIMED** | | | X | 254.00 |
| ACCOUNT NO.<br>**JOSE SANTIAGO, INC.**<br>**PO BOX 191795**<br>**SAN JUAN, PR 00919** | | | **ACCOUNT DOES NOT REFLECT PRIOR PAYMENTS MADE** | | | X | 1,720.30 |
| ACCOUNT NO.<br>**JUGOS DEL CENTRO INC**<br>**PO BOX 1801**<br>**CIDRA, PR 00939** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,219.00 |
| ACCOUNT NO.<br>**LC DISTRIBUTORS INC**<br>**PO BOX 361709**<br>**SAN JUAN, PR 00936** | | | **DEBTOR DOES NOT AGREE WITH THESE CHARGES** | | | X | 210.25 |

Sheet no. **3** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **11,986.26**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**MALGOR CORP INC**<br>**PO BOX 366**<br>**CATANO,   00936** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 5,940.11 |
| ACCOUNT NO. **0891**<br>**MAPFRE PUERTO RICO**<br>**PO BOX 70333**<br>**SAN JUAN, PR  00936** | | | | | | | 40,000.00 |
| ACCOUNT NO.<br>**MEDALLA DISTRIBUTORS**<br>**PO BOX 51985**<br>**TOA BAJA, PR  00950** | | | **AMOUNT CHARGED DOES NOT REFLECT PRIOR PAYMENTS MADE TO THE ACCOUNT** | | | X | 65,054.99 |
| ACCOUNT NO.<br>**MEDALLA DISTRIBUTORS**<br>**PO BOX 51985**<br>**TOA BAJA, PR  00950** | | | | | | | 14,887.00 |
| ACCOUNT NO.<br>**MENDEZ & COMPANY**<br>**PO BOX 363348**<br>**SAN JUAN, PR  00936-3348** | | | **THE AMOUNT CHARGED DOES NOT REFLECT PRIOR PAYMENTS MADE** | | | X | 102,452.33 |
| ACCOUNT NO.<br>**MISTER PRICE INC**<br>**PO BOX 3921**<br>**MAYAGUEZ, PR  00681** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES AMDE TO THIS ACCOUNT** | | | X | 2,433.45 |
| ACCOUNT NO.<br>**MUNICIPIO DE GUAYAMA**<br>**DPTO FINANZAS SECCION PATENTES**<br>**APARTADO 360**<br>**GUAYAMA, PR  00785** | | | **PATENTE** | | | | 25,000.00 |

Sheet no. __4__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   $ **255,767.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

IN RE **PIPE CASH & CARRY INC.**     Case No. **10-07058-11**
             Debtor(s)                                       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**NESTLE DE PR**<br>**PO BOX 15069**<br>**SAN JUAN, PR 00902-8569** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 3,183.84 |
| ACCOUNT NO.<br>**NOTHWESTERN SELECTA**<br>**PO BOX 10718**<br>**SAN JUAN, PR 00922-0718** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES AMDE TO THIS ACCOUNT** | | | X | 1,771.50 |
| ACCOUNT NO.<br>**PACKERS PROVISION**<br>**CALLE TRUJILLO 7**<br>**PON CE, PR 00731** | | | **AMOUUNT DOES NOT REFLECT PAYMENTS MADE TO THE ACCOUNT** | | | X | 422.94 |
| ACCOUNT NO.<br>**PEPSI CO**<br>**PO BOX 2600**<br>**TOA BAJA, PR 00951-2600** | | | | | | | 0.00 |
| ACCOUNT NO.<br>**PERSONNA INTERNATIONAL**<br>**PO BOX 70317**<br>**SAN JUAN, PR 00936-8317** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,453.96 |
| ACCOUNT NO.<br>**PLAZA CELLARS**<br>**PO BOX 363328**<br>**SAN JUAN, PR 00936-3328** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 515.12 |
| ACCOUNT NO.<br>**PONCE CARIBBEAN DIST INC**<br>**PO BOX 11946**<br>**SAN JUAN, PR 00922-1946** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 10,758.72 |

Sheet no. **5** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **18,106.08**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PIPE CASH & CARRY INC.**      Case No. **10-07058-11**
           Debtor(s)                                                       (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**PREMIUM BRANDS**<br>**PO BOX 364265**<br>**SAN JUAN, PR 00936-4265** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 1,986.65 |
| ACCOUNT NO.<br>**PROVISIONES LEGRAND**<br>**CALLE TRUJILLO 7**<br>**PONCE, PR 00731** | | | **AMOUNT CHARGED DOESS NOT REFLECT PRIOR PAYMENTS MADE** | | | X | 1,531.49 |
| ACCOUNT NO.<br>**PUERTO RICO SUPPLY**<br>**PO BOX 11908**<br>**SAN JUAN, PR 00922** | | | | | | | 9,618.00 |
| ACCOUNT NO.<br>**RJ REYNOLDS**<br>**PO BOX 363509**<br>**SAN JUAN, PR 00936** | | | **AMOUNT CHARGED DOES NOT REFLECT PAYMENTS MADE TO THE ACCOUNT** | | | X | 21,931.20 |
| ACCOUNT NO.<br>**SAN JUAN TRADING**<br>**PO BOX 366458**<br>**SAN JUAN, PR 00936** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES AMDE TO THIS ACCOUNT** | | | X | 1,920.50 |
| ACCOUNT NO.<br>**SUCESORES ESMORIS**<br>**APARTADO 3045**<br>**MAYAGUEZ, PR 00681** | | | | | | X | 0.00 |
| ACCOUNT NO.<br>**TAINO PAPER INC**<br>**PO BOX 1047**<br>**BAYAMON, PR 00960-1047** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 668.04 |

Sheet no. **6** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **37,655.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PIPE CASH & CARRY INC.**　　　　　　　　　　　　　　　　　　　　Case No. **10-07058-11**
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**THOMAS DIAZ**<br>**PO BOX 1031**<br>**SABANA SECA, PR 00952** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES AMDE TO THIS ACCOUNT** | | | X | 2,279.30 |
| ACCOUNT NO.<br>**TROFIMA CORP**<br>**PO BOX 877**<br>**ARECIBO, PR 00613** | | | **DEBTOR DOES NOT RECOGNIZE ANY AMOUNTS OWED** | | | X | 0.00 |
| ACCOUNT NO. **5149**<br>**UNIVERSAL INSURANCE**<br>**PO BOX 71338**<br>**SAN JUAN, PR 00936-8438** | | | | | | | 40,000.00 |
| ACCOUNT NO.<br>**V SUAREZ LICORES**<br>**PO BOX 364548**<br>**SAN JUAN, PR 00936** | | | **AMOUNT CHARGED DOES NOT REFLECT PAYMENTS MADE TO THE ACCOUNT** | | | X | 139,262.11 |
| ACCOUNT NO.<br>**VENROD TRADING CORP**<br>**PO BOX 2117**<br>**SAN JUAN, PR 00922** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 259.45 |
| ACCOUNT NO.<br>**VENTO PONCE**<br>**PO BOX 7823**<br>**PONCE, PR 00732-7823** | | | **DEBTOR DOES NOT AGREE WITH THE AMOUNTS CHARGED TO THIS ACCOUNT** | | | X | 1,356.47 |
| ACCOUNT NO.<br>**WYETH CONSUMER HEALTHCARE**<br>**PO BOX 71503**<br>**SAN JUAN, PR 00939-7203** | | | **DEBTOR DOES NOT AGREE WITH THE CHARGES MADE TO THIS ACCOUNT** | | | X | 635.04 |

Sheet no. **7** of **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **183,792.37**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **814,889.36**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **PIPE CASH & CARRY INC.**
Debtor(s)

Case No. **10-07058-11**
(If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____  Signature: _____
Debtor

Date: _____  Signature: _____
(Joint Debtor, if any)
[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____  _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **PIPE CASH & CARRY INC.** (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 24, 2010**   Signature: **/s/ JUAN A GERENA GASTON**

**JUAN A GERENA GASTON**
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only